# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Matthew E. Petro,
          Petitioner

         v.

Unemployment Compensation
Board of Review,
         Respondent

:
:
:
:
:
:
:
:
:

No. 1446 C.D. 2014
No. 1447 C.D. 2014

## **O R D E R**

AND NOW, this 10th day of November, 2015, upon consideration of Respondent's Application for Clarification, it is ORDERED that the Application is GRANTED and the Court's opinion and order dated October 19, 2015, in the above-captioned matter is AMENDED to state that this Court's jurisdiction is relinquished. The Board shall conduct further review of the record, remand for further hearing if necessary and, thereafter, issue a new decision and order, consistent with the Court's opinion, from which any aggrieved party may appeal.

_____
MARY HANNAH LEAVITT, Judge